Rec'd 8/26/04

```
 1  Kathy A. Dockery
    Chapter 13 Standing Trustee
 2  700 South Flower Street
    Suite 1950
 3  Los Angeles, California 90017
    (213) 996-4400
 4

 5
                    UNITED STATES BANKRUPTCY COURT
 6                  CENTRAL DISTRICT OF CALIFORNIA

 7

 8
    To:         Clerk, U. S. Bankruptcy Court
 9
    Re:         UNDISTRIBUTED FUNDS
10
    Debtor(s):  MARIA IMELDA ORTIZ
11              3405 LAFAYETTE AVE

12              ROSEMEAD, CA   91770

13  Case No.:   LA03-11632-

14

    Explanation of Source:  Transmitted herewith for deposit into the
15  Court registry is the check identified below.  The check was not
    deliverable at the address in the Trustee's file.  The Trustee,
16  after due diligence, has not been able to locate the payee.
    Consequently, this check represents undistributed funds in the
17  above referenced matter.

18

19      Payee                                          Amount

20      MARIA IMELDA ORTIZ                         $      274.00
        3405 LAFAYETTE AVE
21      ROSEMEAD, CA   91770

22

23

24

25

26  Dated:  8/17/04                    _____
                                       Kathy A. Dockery, Trustee
27

28
```