RECEIPT NO: LA027163

**U.S. BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

08/24/2004   13:54:50
OPER ID: 767

## RECEIPT FOR PAYMENT

PAYOR: KATHY DOCKERY

| TYPE | DESCRIPTION | CASE NO | DEBTOR'S NAME | AMOUNT | | AMT DUE |
|------|-------------|---------|---------------|--------|---|---------|
| 736 | Undistributed Funds | LA03-11632-EC | ORTIZ, MARIA IMELDA | 274.00 | | |
| | | | | 274.00 | | TOTAL |
| | | | | 274.00 | K | TENDER |
| | | | | 0.00 | | CHANGE |

